IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Metropolitan Life Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Jose M. Gonzalez, Steve J. Wigley, L. K., a minor, A. G., a minor, and J. G., a minor,<br><br>Defendants. | C.A. No.: 3:16-CV-00174-JFA<br><br>**CONSENT ORDER OF INTERPLEADER** |

     This matter comes before the Court on Motion by Plaintiff Metropolitan Life Insurance Company (hereinafter "MetLife"), for an order granting interpleader of certain Group Retiree Optional Life Insurance benefit proceeds in dispute in this case and releasing MetLife, the State of South Carolina Budget and Control Board and the South Carolina Public Employee Benefit Authority Retiree Optional Life Insurance Closed Group - Plan 1 from further liability as to the benefits in dispute. According to the allegations of the Complaint, this action involves competing claims by Defendant Jose M. Gonzalez, Defendant Steve J. Wigley, and Minor Defendants, L. K., A. G., and J. G., to the Group Retiree Optional Life Insurance benefit proceeds valued at $190,000.00 at the time the Complaint was filed and payable, as a result of the death of Ermelle King-Gonzalez (the "Decedent").

     MetLife instituted this interpleader action to protect itself against double liability as to the benefits, and the Court finds that interpleader is appropriate. The record reflects that all parties have consented to the Motion.

     **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff Metropolitan Life Insurance Company interplead the $190,000.00 plus any applicable interest into

the Court through the Office of the Clerk of Court, this amount representing the value of the Group Retiree Optional Life Insurance benefit proceeds at the time of the consent by all parties to interplead these funds.

It is further ordered that Metropolitan Life Insurance Company, the State of South Carolina Budget and Control Board and the South Carolina Public Employee Benefit Authority Retiree Optional Life Insurance Closed Group - Plan 1 are discharged from any and all liability as to any claims to the benefits in question and that Defendant Jose M. Gonzalez, Defendant Steve J. Wigley, and Minor Defendants, L. K., A. G., and J. G., are enjoined from instituting and/or pursuing any action or proceeding in any state or federal court against Metropolitan Life Insurance Company, the State of South Carolina Budget and Control Board and the South Carolina Public Employee Benefit Authority Retiree Optional Life Insurance Closed Group - Plan 1 to recovery of the Group Retiree Optional Life Insurance benefit proceeds payable as a consequence of the death of Decedent.

Finally, it is ordered that Plaintiff Metropolitan Life Insurance Company is dismissed from this action, with prejudice, and the action is to be continued as between Defendant Jose M. Gonzalez, Defendant Steve J. Wigley, and Minor Defendants, L. K., A. G., and J. G. to determine the correct beneficiary of the Group Retiree Optional Life Insurance benefit proceeds.

**IT IS SO ORDERED.**

May 28, 2015　　　　　　　　　　　　　　　　　　Joseph F. Anderson, Jr.
Columbia, South Carolina　　　　　　　　　　　　United States District Judge

*(Signature Page Follows)*

2

I SO MOVE,

s/ J. D. Quattlebaum
J. D. Quattlebaum, Fed. ID No. 5252
Haynsworth Sinkler Boyd, P.A.
ONE North Main Street, 2nd Floor (29601)
P.O. Box 2048
Greenville, SC  29602
(864) 240-3249
(864) 240-3300 (facsimile)

ATTORNEYS FOR PLAINTIFF

Dated:  04/12/2016
Greenville, South Carolina


WE CONSENT,

s/ Clinch H. Belser, Jr.
Clinch H. Belser, Jr.
Belser & Belser
P.O. Box 90
Columbia, SC  29202
(803) 929.0096
clinch@belserpa.com

ATTORNEYS FOR DEFENDANT STEVE J. WIGLEY

Dated:  04/12/2016
Columbia, South Carolina

s/ Tucker S. Player
Tucker S. Player
Player Law Firm, LLC
1415 Broad River Road
Columbia, SC  29210
(803) 772-8008
tucker@playerlawfirm.com

ATTORNEYS FOR DEFENDANTS
JOSE M. GONZALEZ, L. K. A MINOR, A.G., A MINOR AND
J. G., A MINOR

Dated:  04/12/2016
Columbia, South Carolina