C. HEYWARD BELSER, SR.
(1918-1994)
CLINCH H. BELSER, JR.
H. FREEMAN BELSER
MICHAEL J. POLK
WILLIAM C. DILLARD, JR.
CHARLES H. McDONALD
ROBERT YOUNG, P.A.
OF COUNSEL
CHARLES L. DIBBLE
OF COUNSEL



ATTORNEYS AND COUNSELORS
AT LAW

**BELSER & BELSER**

belserpa.com

COLUMBIA SOUTH CAROLINA

POST OFFICE BOX 96
COLUMBIA, SC 29202

TELEPHONE: 803-929-0096
FACSIMILE: 803-929-0196

OFFICE LOCATION:
BANK OF AMERICA PLAZA
1901 MAIN STREET
SUITE 1550
COLUMBIA, SC 29201

July 6, 2017

The Honorable Joseph F. Anderson, Jr.
Senior U.S. District Judge
U.S. District Court
901 Richland Street
Columbia, SC 29201

      RE:    Metropolitan Life Insurance Company v. Jose M. Gonzalez, Steve J.
              Wigley, et al.
              Case No. 3:16-cv-174-JFA

Dear Judge Anderson:

Pursuant to the Court's text order, I am providing a status report.

1.      Security Federal has agreed to accept the trusts for the minors after they are approved by the probate court.

2.      As I understand it, Mr. Player has asked his client for copies of the children's birth certificates and social security cards but as of last week he had not received them. As soon as he receives them, the probate papers can be finalized and filed.

We will file a status update in 30 days or when the probate papers have been filed, whichever comes first.

Thank you very much.

                                Sincerely,

                                Michael J. Polk

MP/mp
Cc:    Tucker S. Player, Esquire